JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *GCIU-Employer Retirement Fund et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>*WestRock Company et al.*,<br><br>Defendants. | Case No. 2:21-CV-08070-FWS<br>Judge Fred W. Slaughter<br><br>**JUDGMENT CONFIRMING IN PART AND VACATING IN PART ARBITRAL AWARD** |

## JUDGMENT CONFIRMING IN PART AND VACATING IN PART ARBITRAL AWARD

After full consideration of the papers, evidence, and authorities submitted by the parties, and after hearing oral argument on November 10, 2022, the court issued an Order (Dkt. 68) **GRANTING IN PART AND DENYING IN PART** each party's motion to confirm in part and vacate in part the award issued by Arbitrator Norman Brand in *MeadWestvaco Corp. v. GCIU-Employer Retirement Fund*, AAA No. 01-19-0000-6697 (Sept. 28, 2021) ("the Award"). In accordance with the Court's Order, judgment is hereby **ENTERED** as follows:

1. The Award is **CONFIRMED** insofar as it vacated the assessments of partial withdrawal liability pursuant to ERISA Section 4205(a)(1) for the plan years ending December 31, 2014, and December 31, 2015.

2. The Award is **VACATED** insofar as it upheld the calculation of withdrawal liability using PBGC discount rates without reference to the Plan's assets. The GCIU-Employer Retirement Fund is hereby **ORDERED** to recalculate the withdrawal liability amounts using the actuary's "best estimate" of the Plan's long-term investment returns, an 8% discount rate. The Plan must refund any amounts that WestRock overpaid as a result of using the PBGC discount rates pursuant to 29 C.F.R. § 4219.31(d), with interest calculated at the prime rate reported by the Federal Reserve for each calendar quarter from the date of the overpayment until repayment. The Plan is hereby **ORDERED** to recalculate the prospective payment schedules and pay any refund to WestRock within **thirty (30) days.**

3. The Award is **CONFIRMED** insofar as it held that no interest was required to be reimbursed on the recalculation of the 2011 partial withdrawal liability.

DATED: April 12, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2